

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10601*

July 20, 2023

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Court Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

     Re:    *United States v. Mario Stewart*, 23 Cr. 361

Dear Judge McCarthy:

     The Government writes respectfully to request that the Court unseal the Indictment in the above-captioned case.

                                     Sincerely,

                                       DAMIAN WILLIAMS
                                       United States Attorney

                            By: _____
                                Jared Hoffman
                                Assistant United States Attorney
                                Southern District of New York
                                (914) 993-1928

Cc: Kevin Conway, *Counsel for Defendant* (by email)

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy
7-20-2023