

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

April 19, 2024

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    *United States v. Mario Stewart*, 23 Cr. 361 (KMK)

Dear Judge Karas:

    The Government respectfully writes to request that the Court schedule a status conference in the above-captioned case. On April 17, 2024, the Court denied without prejudice each of the defendant's pretrial motions. In light of the Court's Order, the Government respectfully requests that the Court schedule a status conference to set a schedule for pretrial disclosures and a trial date.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

    By: /s/ Jared Hoffman
    Gillian Grossman
    Jared Hoffman
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2188 / (914) 993-1928

cc: Kevin T. Conway, Esq.

Granted. The Court will hold a conference on 5/3/24 at 3:00 p.m.

SO ORDERED.

HON. KENNETH M. KARAS U.S.D.J.

4/21/24