

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States Attorney's Office
50 Main Street, Suite 1100
White Plains, New York 10606

April 22, 2024

**BY ECF**

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   *United States v. Mario Stewart*, 23 Cr. 361 (KMK)

Dear Judge Karas:

The Government respectfully requests that Your Honor direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney on this docket. The undersigned will no longer be employed by the U.S. Attorney's Office as of April 26, 2024.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Gillian Grossman
Gillian Grossman
Assistant United States Attorney
Southern District of New York
(212) 637-2188

cc: Kevin T. Conway, Esq.

Granted.

SO ORDERED.

HON. KENNETH M. KARAS U.S.D.J.

4/22/24