# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

| | |
|---|---|
| 7 Stokum Lane<br>New City, NY 10956<br>Tel: (845) 352-0206<br>Fax: (845) 352-0481<br>Kconway@ktclaw.com<br><br>Of Counsel:<br>Paul S. Chiaramonte, Esq.<br>Licensed in N.Y. and N.J. | c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC<br>61 South Paramus Road, Suite 250<br>Paramus, NJ 07652<br>Tel: (201) 928-1100<br><br>Of Counsel:<br>Sheri A. Yodowitz, Esq.<br>Licensed in N.Y. |

May 3, 2024

**Via ECF and e-mail**
Honorable Kenneth M. Karas
U.S. District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>United States v. Mario Stewart</u>
             23 cr. 361 (KMK)

Dear Justice Karas:

       The undersigned represents the Defendant in the above referenced matter. This matter is scheduled for a Court Conference at 3:00 p.m. today, May 3, 2024.

       The undersigned is the Town Attorney for the Town of Clarkstown in the <u>Matter of Eklecco Newco LLC et al v. Town of Clarkstown</u> before the Honorable Christie D'Alessio, J.S.C., Index No. 034186/2021. A trial took place in this matter yesterday and was suspended by the Court for the parties to continue round-the-clock settlement discussions. The matter did not settle and Judge D'Alessio has decided, last minute, to So-Order the parties and counsel to return to Court today to continue the Trial. The undersigned does not anticipate this matter to be concluded in time for his appearance before Your Honor today at 3:00 p.m. Counsel sincerely apologizes for the short notice.

       In this regard, please allow this letter motion to serve as an application for the above referenced matter to be continued to a new date and time convenient to the Court and the Government.

WHEREFORE, defense counsel respectfully requests that this Court grant Defendant's letter motion for an adjournment to submit defense motions to February 9, 2024 and government's reply papers to February 23, 2024.

Respectfully submitted,

/s/ Kevin T. Conway, Esq. (KC-3347)
7 Stokum Lane
New City, NY 10956
(845) 352-0206
kconway@ktclaw.com

KTC:sf

cc:  Jared D. Hoffman, Esq., AUSA
     Gillian Grossman, Esq., AUSA

The request to adjourn the 5/3/24 conference is granted. The new date is 5/13/24, at 3:30 Time is excluded until then, in the interests of justice, both because of counsel's unavailability and to allow for trial preparation. The interests of justice from this exclusion outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered.

5/3/24