# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
## LICENSED IN
## N.Y., N.J., CT.

| | |
|---|---|
| 7 Stokum Lane<br>New City, NY 10956<br>Tel: (845) 352-0206<br>Fax: (845) 352-0481<br>Kconway@ktclaw.com<br><br>Of Counsel:<br>Paul S. Chiaramonte, Esq.<br>Licensed in N.Y. and N.J. | c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC<br>61 South Paramus Road, Suite 250<br>Paramus, NJ 07652<br>Tel: (201) 928-1100<br><br>Of Counsel:<br>Sheri A. Yodowitz, Esq.<br>Licensed in N.Y. |

May 28, 2024

**Via ECF and e-mail**
Honorable Kenneth M. Karas
U.S. District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

    **Re:**  **United States v. Mario Stewart**
       **23 cr. 361 (KMK)**

Dear Justice Karas:

  Counsel represents the Defendant in the above referenced matter. This matter is scheduled for a Court Conference on May 29, 2024 at 2:00 p.m. before Your Honor. The undersigned has suffered a knee injury over the holiday and I am seeking medical attention. I sincerely apologize to the Court for the short notice. I have received consent from AUSA Jared Hoffman and as such, we respectfully move this Court for an adjournment to the next available Court date with speedy trial time being excluded.

  WHEREFORE, defense counsel respectfully requests that this Court grant Defendant's letter motion for a continuance of the May 29, 2024 Conference.

Granted. The conference is adjourned to 6/ 11 /24, at 12:00 Time is excluded until then because of the unavailability of counsel and in the interests of justice, which outweigh the public's and Defendant's interests in a speedy trial. See 18 U.S.C. Section 3161(h)(7)(A).

So Ordered
[signature]
5/29/24

Respectfully submitted,

/s/ Kevin T. Conway, Esq. (KC-3347)
7 Stokum Lane
New City, NY 10956
(845) 352-0206
kconway@ktclaw.com

KTC:sf

cc: Jared D. Hoffman, Esq., AUSA