# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
### LICENSED IN N.Y., N.J., CT.

**MEMO ENDORSED**

| | |
|---|---|
| 7 Stokum Lane | c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC |
| New City, NY 10956 | 61 South Paramus Road, Suite 250 |
| Tel: (845) 352-0206 | Paramus, NJ 07652 |
| Fax: (845) 352-0481 | Tel: (201) 928-1100 |
| [Kconway@ktclaw.com](mailto:Kconway@ktclaw.com) | |
| | Of Counsel: |
| Of Counsel: | Sheri A. Yodowitz, Esq. |
| Paul S. Chiaramonte, Esq. | Licensed in N.Y. |
| Licensed in N.Y. and N.J. | |

June 25, 2024

**Via ECF and e-mail**
Hon. Kenneth M. Karas, USDJ
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

        Re: **US v. Mario Stewart**
                **Docket No. 7:23-cr-00361-KMK**
                **Motion for Permission to Travel**

Dear Judge Karas:

      I am counsel to the Defendant, Mario Stewart, in connection with the above-referenced criminal action.

      Counsel respectfully moves this Court for permission for Mr. Stewart, his wife, Nyaca Stewart, and their children, to travel on a cruise to three Caribbean Islands, Aruba, Bonaire and Curacao to celebrate his wife's impending retirement. Mr. Stewart and his family would be driving from New York to the cruise port in Miami, Florida beginning on July 11, 2024 with one overnight stay at 313 Bream Circle, Poinciana, Florida 34759. The cruise will be a total of eight (8) days; and upon returning to the port in Florida, the family will drive back to New York with an approximate return date of July 23, 2024. Mr. Stewart will keep counsel advised should the family return prior to July 23, 2024. For the Court's ease of reference, enclosed herewith is a copy of the Stewart Family's proposed travel itinerary.

      In addition, Mr. Stewart respectfully requests this Court to grant permission for the retrieval of his passport being held at Pre-Trial Services at Southern District of New York as it is required for the aforesaid trip. Since he needs to renew the passport prior to its expiration in October 2024, he requests that he be permitted to renew the passport upon his return from the family trip and thereafter return the new passport to Pre-Trial Services.

Page 2

Thank you in advance for your consideration and attention to the herein requests on behalf of Mr. Mario Stewart and his family. AUSA Hoffman is copied hereto for his review and consent.

WHEREFORE, defense counsel respectfully requests that this Court grant Defendant's letter motion for the relief stated herein.

In light of the consent of the Pre-Trial Services Office and the US Attorney's Office, the application is granted.

So Ordered.

6/26/24

Respectfully submitted,

/s/ Kevin T. Conway, Esq. (KC-3347)
7 Stokum Lane
New City, NY 10956
(845) 352-0206
kconway@ktclaw.com
*Attorney for Defendant*

KTC:sf
Encl.

cc:   Jared D. Hoffman, Esq., AUSA (jared.hoffman@usdoj.gov
      Dawn Bordes (dawn_bordes@nysd.uscourts.gov)

From: N Stewart nnrstewart1@hotmail.com
Subject: Fwd: Nyaca / Bkg J4G0Q3 / Stewart
Date: Jun 14, 2024 at 07:25:07
To: Mario Stewart mastew78@gmail.com

Sent from my iPhone

Begin forwarded message:

**From:** CabinConfirmations@carnival.com
**Date:** November 30, 2022 at 19:54:39 EST
**To:** nnrstewart1@hotmail.com
**Subject: Nyaca / Bkg J4G0Q3 / Stewart**



My Cruise

**GUEST CONFIRMATION**   as of 30/Nov/2022

We can't wait to welcome you on board.

| | | | |
|---|---|---|---|
| BOOKING NO: | J4G0Q3 | EMAIL: | NNRSTEWART1@HOTMAIL.COM |
| SAILING: | CARNIVAL CELEBRATION 13/Jul/2024 | BOOKED BY: | NYACA STEWART<br>NYACA<br>TBA<br>TBA |
| SAILING DURATION: | 8 days | | |
| STATEROOM: | 9276 | | TBA, NY 00000 |
| CATEGORY: | 4C INTERIOR | | |
| GUEST: | MR ANDREI STEWART | | |
| DINING CONFIRMED: | LATE DINING - 08:15 PM | | |

| GUEST | CONTACT PHONE | VIFP CLUB # | VIFP LEVEL | DEPARTING | NOTE |
|---|---|---|---|---|---|

| | | | |
|---|---|---|---|
| ANDREI STEWART | (718) 216-7567 | | CRUISE ONLY  1, 2, 3 |
| ZACHERY STEWART | | | CRUISE ONLY  1, 2, 3 |
| MADDISON STEWART | | | CRUISE ONLY  1, 2, 4 |

\* Indicates temporary VIFP Level.

ITINERARY: 8 Day SOUTHERN CARIBBEAN Itinerary.

| DAY | PORT OF CALL | ARRIVE | DEPART |
|---|---|---|---|
| Sat | Miami, FL | | 4:00 PM |
| Sun | Fun Day At Sea | | |
| Mon | Fun Day At Sea | | |
| Tue | Aruba | 8:00 AM | 10:00 PM |
| Wed | Bonaire | 8:00 AM | 10:00 PM |
| Thu | Curacao | 8:00 AM | 5:00 PM |
| Fri | Fun Day At Sea | | |
| Sat | Fun Day At Sea | | |
| Sun | Miami, FL | 8:00 AM | |



▸ View Cruise Details
▸ Online Check-In
▸ Plan Activities
▸ View Cruise Documents

GO TO MY CRUISE MANAGER ▸

**ITEMIZED CHARGES**
All Charges are quoted in USD

| | |
|---|---|
| **CRUISE CHARGES** | |
| Cruise Rate | $2,437.00 |
| Taxes, Fees & Port Expenses | $405.60 |
| **Total Cruise Charges** | **$2,842.60** |
| **TOTAL CHARGES** | **$2,842.60** |
| **PAYMENTS AND CREDITS** | |
| Payments Received | $297.00 |
| **Total Payments and Credits** | **$297.00** |

GO TO MY CRUISE MANAGER

Taxes, Fees & Port Expenses, as used by us, may include any and all fees, charges, tolls and taxes imposed on us by governmental or quasi-governmental authorities, as well third party fees and charges arising from a vessel's presence in a harbor or port. Taxes, Fees & Port Expenses may include U.S. Customs fees, head taxes, Panama Canal tolls, dockage fees, wharfage fees, inspection fees, pilotage, air taxes, hotel or VAT taxes incurred as part of a land tour, immigration and naturalization fees, and Internal Revenue Service fees, as well as fees for navigation, berthing, stevedoring, baggage handling/storage and security services. Taxes, Fees, & Port Expenses may be assessed per passenger, per berth, per ton or per vessel. Assessments calculated on a per ton or per vessel basis will be spread over the number of passengers on the Ship. Subject to applicable laws, Taxes, Fees & Port Expenses are subject to change and Carnival reserves the right to collect any increases in effect at the time of sailing even if the fare has already been paid in full.

| | |
|---|---:|
| **Guest Balance Due** | **$2,545.60** |
| **PAYMENT SCHEDULE** | |
| Final Payment Due Date And Time | 14/Apr/2024 11:59 PM USET |
| **On Board Credit (USD)** | **$50.00** |



**Online Check-In**
Save time at the pier! Fill out your online check-in


**Documents**
Access your cruise documents 24/7 online


**FAQs**
Answers to your frequently asked questions


**Guest with Disabilities**
Answers to your frequently asked questions


**Book your shore excursions online**
Book Your Shore Excursions


**Gifts & Services**
Beautiful gifts delivered right to your stateroom

IMPORTANT NOTES

- Please review this confirmation for accuracy.
- HAVE FUN. BE SAFE. Cruising with Carnival is easy! Vaccines and testing no longer required for most cruises. Learn more by visiting www.carnival.com.
- All guests are expected to behave in a manner that is consistent with our Carnival Values and that demonstrates care and respect to all. Read our Code of Conduct https://help.carnival.com/app/answers/detail/a_id/2836/~/code-of-conduct.
- Guests with Disabilities and Personal Mobility Devices: If you have a disability and need special accommodations, please inform us at the time of booking, or as soon as the need is known. If you are traveling with a wheelchair/scooter, please let us know to ensure you have a stateroom that best accommodates your needs.
- Mobility devices cannot be stored in corridors or public areas. Most standard staterooms accommodate scooters that are 21". Scooters must be able to collapse or fold and stored in

a way that allows for safe exit from the stateroom. Guests who bring scooters larger than 21" wide, or travel with multiple scooters in the same stateroom, must purchase a fully accessible stateroom with a wider doorway (32″), or rent a smaller scooter appropriately suited for their stateroom. Guests may be required to have their scooters sized at the time of check-in to ensure it fits in the stateroom. Scooters that do not fit in the stateroom will not be allowed on board. Should a guest be unable to make alternate arrangements to rent a smaller scooter or travel without it, he/she will be denied boarding and no compensation will be provided. For more information, please contact our Guest Access team at 1.800.438.6744, ext. 70025 or visit https://www.carnival.com/about-carnival/special-needs.aspx.

- In the interest of safety, Carnival reserves the right to conduct background checks and deny

  boarding to individuals convicted of certain felonies. Full details can be found in our Guest Screening Policy https://help.carnival.com/app/answers/detail/a_id/8797.

- Want even less to think about when cruising? Idea: prepay your gratuities! It's the easiest way to support the folks working hard to make your vacation unforgettable. Add your gratuities now: https://www.carnival.com/bookedguest.
- Please note: any occupancy changes may require a cabin change, subject to availability.
- Carnival recommends that guests purchase some form of travel protection to help protect against cancellation penalties as well as to have coverage while traveling. For your convenience, Carnival offers Vacation Protection. For more information visit https://www.carnival.com/about-carnival/vacation-protection.aspx
- Cancellations made after 14-APR-2024 will be assessed appropriate cancellation penalties.
- All staterooms and suite accommodations, including outside balconies, are NON-SMOKING. This policy applies to all forms of smoking, including but not limited to cigarettes, cigars, pipes, vaporizers, electronic cigarettes and marijuana. A violation of our Tobacco and Marijuana Smoking Policy will result in a charge of $500, per violation, posted to the guest's Sail & Sign account. Please visit Carnival.com to obtain more information about the smoking policy.
- Service charges will be applied for changes made within 60 days of sailing.
- Guests are liable for any illegal dumping or pollution of any kind, including discharge of any item into the ocean and/or waterway. Any act of discharging or releasing any unauthorized item overboard, may result in a $500 charge, per violation, and reimbursement cost of Carnival property.
- Your booking is subject to the terms and conditions set forth in Carnival's Cruise Ticket Contract. You can access the Cruise Ticket Contract through www.carnival.com/bookedguest. It is important for you to read the Cruise Ticket Contract and become acquainted with the specific conditions and limitations of your cruise, including time limitations and the proper venue in which to file suit. You can also view a copy of the Cruise Ticket Contract in Carnival's website (www.carnival.com) under the Customer Service section.
- If you wish to review the Cruise Industry Passenger Bill of Rights, you may do so by clicking on the following hyperlink or by going to http://www.carnival.com/about-carnival/legal-

  notice/passenger-bill-of-rights.aspx.

- Effective May 3, 2023, the U.S. Department of Ho meland Security will require every state and territory resident to present a REAL ID-compliant driver's license or another acceptable form of identification, such as a passport or enhanced driver's license, to go through airport security and board a flight within the U.S.If you will be flying to one of our cruise homeports within the U.S. on/after this implementation date, please ensure you have an acceptable document for your air travel. Visit tsa.gov/real-id for more information.NOTE: Additionally, all guests must still have WHTI-compliant travel documents (proof of citizenship and/or appropriate visas) in order to cruise.

appropriate visas) in order to cruise.

**GUEST NOTES**

1) This is confirmation this is a new booking along with payments received associated with your booking.
2) Your booking has been linked with the following reservations for dining J4G0V2.
3) Early Saver T&C apply. Non-ref deps: 2-9 day- $50pp. 10+ day/all EU/Celebration/Mardi Gras/Jubilee/Venezia- $99 pp. Non-ref OBCs: 2-5 day- $12.50pp/$25ps. 6+ day- $25pp/$50ps. Up to 50% off 2nd guest savings reflected in total price of 1st/2nd guests. Upgrades assigned in like cats only (int to int/oceanview to oceanview/bal to bal) & not available in upper/lower/obstructed/cove cats. $50pp fee applies for ship/sail date changes made prior to final pmt date. Cancellations prior to final pmt date receive FCC for deposit less $50pp fee. FCC issued in USD & must be used to book a new cruise within 12 months of cancel date. Guest may reprice booking if lower cruise rate is available based on total room occupancy & not from ancillary services/group rates. Guest assumes T&C of new promo & may forfeit features of original fare (cabin/OBC/upgrades/deposit/payment terms). Verified rate difference issued as non-ref OBC. Applies where Early Saver is available through 4/30/25. Offer ends 11/30/22.
4) Early Saver/Extra guest fares.

**ADDITIONAL NOTES**

- Visit www.carnival.com website for things to know 'Before You Cruise' Help sections for minor guest policy. Age of guests will be verified at embarkation.
- Please refer to the "Welcome Aboard Carnival Cruise Lines Guest Information Letter"

© 2022 Carnival Cruise Line          View Privacy Policy.

From: N Stewart nnrstewart1@hotmail.com
Subject: Fwd: Nyaca / Bkg J4G0V2 / Stewart
Date: Jun 14, 2024 at 07:24:03
To: Mario Stewart mastew78@gmail.com

Sent from my iPhone

Begin forwarded message:

**From:** CabinConfirmations@carnival.com
**Date:** November 30, 2022 at 19:54:34 EST
**To:** nnrstewart1@hotmail.com
**Subject: Nyaca / Bkg J4G0V2 / Stewart**



My Cruise

**GUEST CONFIRMATION**   as of 30/Nov/2022

We can't wait to welcome you on board.

| BOOKING NO: | J4G0V2 | EMAIL: | NNRSTEWART1@HOTMAIL.COM |
|---|---|---|---|
| SAILING: | CARNIVAL CELEBRATION 13/Jul/2024 | BOOKED BY: | NYACA STEWART NYACA TBA TBA |
| SAILING DURATION: | 8 days | | |
| STATEROOM: | 9278 | | TBA, NY 00000 |
| CATEGORY: | 8A BALCONY | | |
| GUEST: | MS NYACA STEWART | | |
| DINING CONFIRMED: | LATE DINING - 08:15 PM | | |

| GUEST | CONTACT PHONE | VIFP CLUB # | VIFP LEVEL | DEPARTING | NOTE |
|---|---|---|---|---|---|
| NYACA STEWART | (718) 216-7567 | 9016020092 | BLUE | CRUISE ONLY | 1, 2, 3 |

| | | | |
|---|---|---|---|
| NYASA STEWART | (***) ***-**** | ********* BLUE | CRUISE ONLY  1, 2, 3 |
| MARIO STEWART | | | CRUISE ONLY  1, 2, 3 |

* Indicates temporary VIFP Level.

ITINERARY: 8 Day SOUTHERN CARIBBEAN Itinerary.

| DAY | PORT OF CALL | ARRIVE | DEPART |
|---|---|---|---|
| Sat | Miami, FL | | 4:00 PM |
| Sun | Fun Day At Sea | | |
| Mon | Fun Day At Sea | | |
| Tue | Aruba | 8:00 AM | 10:00 PM |
| Wed | Bonaire | 8:00 AM | 10:00 PM |
| Thu | Curacao | 8:00 AM | 5:00 PM |
| Fri | Fun Day At Sea | | |
| Sat | Fun Day At Sea | | |
| Sun | Miami, FL | 8:00 AM | |



► View Cruise Details
► Online Check-In
► Plan Activities
► View Cruise Documents

GO TO MY CRUISE MANAGER ►

### ITEMIZED CHARGES
All Charges are quoted in USD

| | |
|---|---|
| **CRUISE CHARGES** | |
| Cruise Rate | $2,878.00 |
| Taxes, Fees & Port Expenses | $270.40 |
| **Total Cruise Charges** | **$3,148.40** |
| **TOTAL CHARGES** | **$3,148.40** |
| **PAYMENTS AND CREDITS** | |
| Payments Received | $198.00 |
| **Total Payments and Credits** | **$198.00** |
| **Guest Balance Due** | **$2,950.40** |
| **PAYMENT SCHEDULE** | |

Taxes, Fees & Port Expenses, as used by us

Taxes, Fees & Port Expenses, as used by us, may include any and all fees, charges, tolls and taxes imposed on us by governmental or quasi-governmental authorities, as well third party fees and charges arising from a vessel's presence in a harbor or port. Taxes, Fees & Port Expenses may include U.S. Customs fees, head taxes, Panama Canal tolls, dockage fees, wharfage fees, inspection fees, pilotage, air taxes, hotel or VAT taxes incurred as part of a land tour, immigration and naturalization fees, and Internal Revenue Service fees, as well as fees for navigation, berthing, stevedoring, baggage handling/storage and security services. Taxes, Fees, & Port Expenses may be assessed per passenger, per berth, per ton or per vessel. Assessments calculated on a per ton or per vessel basis will be spread over the number of passengers on the Ship. Subject to applicable laws, Taxes, Fees & Port Expenses are subject to change and Carnival reserves the right to collect any increases in effect at the time of sailing even if the fare has already been paid in full.

**PAYMENT SCHEDULE**

| | |
|---|---|
| Final Payment Due Date And Time | 14/Apr/2024 11:59 PM USET |
| **On Board Credit (USD)** | **$50.00** |




**Online Check-In**
Save time at the pier! Fill out your online check-in



**Documents**
Access your cruise documents 24/7 online



**FAQs**
Answers to your frequently asked questions



**Guest with Disabilities**
Answers to your frequently asked questions



**Book your shore excursions online**
Book Your Shore Excursions



**Gifts & Services**
Beautiful gifts delivered right to your stateroom

**IMPORTANT NOTES**

- Please review this confirmation for accuracy.
- HAVE FUN. BE SAFE. Cruising with Carnival is easy! Vaccines and testing no longer required for most cruises. Learn more by visiting www.carnival.com.
- All guests are expected to behave in a manner that is consistent with our Carnival Values and that demonstrates care and respect to all. Read our Code of Conduct https://help.carnival.com/app/answers/detail/a_id/2836/~/code-of-conduct.
- Guests with Disabilities and Personal Mobility Devices: If you have a disability and need special accommodations, please inform us at the time of booking, or as soon as the need is known. If you are traveling with a wheelchair/scooter, please let us know to ensure you have a stateroom that best accommodates your needs.
- Mobility devices cannot be stored in corridors or public areas. Most standard staterooms accommodate scooters that are 21". Scooters must be able to collapse or fold and stored in a way that allows for safe exit from the stateroom. Guests who bring scooters larger than 21" wide, or travel with multiple scooters in the same stateroom, must purchase a fully accessible stateroom with a wider doorway (32″), or rent a smaller scooter appropriately suited for their stateroom. Guests may be required to have their scooters sized at the time

of check-in to ensure it fits in the stateroom. Scooters that do not fit in the stateroom will not be allowed on board. Should a guest be unable to make alternate arrangements to rent a smaller scooter or travel without it, he/she will be denied boarding and no compensation will be provided. For more information, please contact our Guest Access team at 1.800.438.6744, ext. 70025 or visit https://www.carnival.com/about-carnival/special-needs.aspx.

- In the interest of safety, Carnival reserves the right to conduct background checks and deny boarding to individuals convicted of certain felonies. Full details can be found in our Guest Screening Policy https://help.carnival.com/app/answers/detail/a_id/8797.
- Want even less to think about when cruising? Idea: prepay your gratuities! It's the easiest way to support the folks working hard to make your vacation unforgettable. Add your

    gratuities now: https://www.carnival.com/bookedguest.
- Please note: any occupancy changes may require a cabin change, subject to availability.
- Carnival recommends that guests purchase some form of travel protection to help protect against cancellation penalties as well as to have coverage while traveling. For your convenience, Carnival offers Vacation Protection. For more information visit https://www.carnival.com/about-carnival/vacation-protection.aspx
- Cancellations made after 14-APR-2024 will be assessed appropriate cancellation penalties.
- All staterooms and suite accommodations, including outside balconies, are NON-SMOKING. This policy applies to all forms of smoking, including but not limited to cigarettes, cigars, pipes, vaporizers, electronic cigarettes and marijuana. A violation of our Tobacco and Marijuana Smoking Policy will result in a charge of $500, per violation, posted to the guest's Sail & Sign account. Please visit Carnival.com to obtain more information about the smoking policy.
- Service charges will be applied for changes made within 60 days of sailing.
- Guests are liable for any illegal dumping or pollution of any kind, including discharge of any item into the ocean and/or waterway. Any act of discharging or releasing any unauthorized item overboard, may result in a $500 charge, per violation, and reimbursement cost of Carnival property.
- Your booking is subject to the terms and conditions set forth in Carnival's Cruise Ticket Contract. You can access the Cruise Ticket Contract through www.carnival.com/bookedguest. It is important for you to read the Cruise Ticket Contract and become acquainted with the specific conditions and limitations of your cruise, including time limitations and the proper venue in which to file suit. You can also view a copy of the Cruise Ticket Contract in Carnival's website (www.carnival.com) under the Customer Service section.
- If you wish to review the Cruise Industry Passenger Bill of Rights, you may do so by clicking on the following hyperlink or by going to http://www.carnival.com/about-carnival/legal-notice/passenger-bill-of-rights.aspx.
- Effective May 3, 2023, the U.S. Department of Ho meland Security will require every state and territory resident to present a REAL ID-compliant driver's license or another acceptable form of identification, such as a passport or enhanced driver's license, to go through airport

    security and board a flight within the U.S.If you will be flying to one of our cruise homeports within the U.S. on/after this implementation date, please ensure you have an acceptable document for your air travel. Visit tsa.gov/real-id for more information.NOTE: Additionally, all guests must still have WHTI-compliant travel documents (proof of citizenship and/or appropriate visas) in order to cruise.

**GUEST NOTES**
1) This is confirmation this is a new booking along with payments received associated with your booking.

2) Your booking has been linked with the following reservations for dining J4G0Q3.
3) Early Saver T&C apply. Non-ref deps: 2-9 day- $50pp. 10+ day/all EU/Celebration/Mardi Gras/Jubilee/Venezia- $99 pp. Non-ref OBCs: 2-5 day- $12.50pp/$25ps. 6+ day- $25pp/$50ps. Up to 50% off 2nd guest savings reflected in total price of 1st/2nd guests. Upgrades assigned in like cats only (int to int/oceanview to oceanview/bal to bal) & not available in upper/lower/obstructed/cove cats. $50pp fee applies for ship/sail date changes made prior to final pmt date. Cancellations prior to final pmt date receive FCC for deposit less $50pp fee. FCC issued in USD & must be used to book a new cruise within 12 months of cancel date. Guest may reprice booking if lower cruise rate is available based on total room occupancy & not from ancillary services/group rates. Guest assumes T&C of new promo & may forfeit features of original fare (cabin/OBC/upgrades/deposit/payment terms). Verified rate difference issued as non-ref OBC. Applies where Early Saver is available through 4/30/25. Offer ends 11/30/22.

**ADDITIONAL NOTES**

- Visit www.carnival.com website for things to know 'Before You Cruise' Help sections for minor guest policy. Age of guests will be verified at embarkation.
- Please refer to the "Welcome Aboard Carnival Cruise Lines Guest Information Letter"

© 2022 Carnival Cruise Line                              View Privacy Policy.