UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

MARIO STEWART,

                      Defendant.

------------------------------------------------------------X

**MEMORANDUM**

23 Cr. 361 (KMK)

TO: KENNETH M. KARAS, UNITED STATES DISTRICT JUDGE

    Please find attached a transcript of the January 10, 2025, plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: February 20, 2025
       White Plains, New York

Respectfully submitted,

_____
ANDREW E. KRAUSE
United States Magistrate Judge

February 20, 2025

      This transcript represents my Report and Recommendation to the Honorable Kenneth M. Karas, United States District Judge.

                                           **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge