# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

60 South Main Street, Suite 11
New City, NY 10956
Tel: (845) 352-0206
Fax: (845) 352-0481
Kconway@ktclaw.com

Of Counsel:
Paul S. Chiaramonte, Esq.
Licensed in N.Y. and N.J.

c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Tel: (201) 928-1100

Of Counsel:
Sheri A. Yodowitz, Esq.
Licensed in N.Y.

March 20, 2025

**Via ECF and e-mail**
Honorable Kenneth M. Karas
U.S. District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:    United States v. Mario Stewart
       23 cr. 361 (KMK) - Request for Permission to Travel

Dear Justice Karas:

Counsel is the private attorney for the Defendant, Mario Stewart (hereinafter "Mr. Stewart") in the above referenced matter. Please allow this letter motion to serve as permission from the Court for the following proposed travel plan for Mr. Stewart, his wife, Nyaca Stewart, and their children:

Mr. Stewart and his family would be traveling to Orlando, Florida for the children's break from school. They would be driving on April 11, 2025 and returning on Saturday, April 19, 2025. They will stay at 2087 Heart Lake Drive, Groveland, Florida 34736. The purpose of the trip is a family gathering in Orlando, Florida.

Thank you for your consideration and attention.

WHEREFORE, the undersigned respectfully requests that this Court grant Defendant's Letter Motion for permission to travel as set forth herein.

Granted.

SO ORDERED:
_____
HON. KENNETH M. KARAS U.S.D.J.

3/21/2025

KTC:sf

cc: Jared D. Hoffman, Esq., AUSA

Respectfully submitted,

/s/ Kevin T. Conway, Esq. (KC-3347)
60 South Main Street, Suite 11
New City, NY 10956
(845) 352-0206
kconway@ktclaw.com