# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

7 Stokum Lane
New City, NY 10956
Tel: (845) 352-0206
Fax: (845) 352-0481
Kconway@ktclaw.com

Of Counsel:
Paul S. Chiaramonte, Esq.
Licensed in N.Y. and N.J.

c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC
61 South Paramus Road, Suite 250
Paramus, NJ 07652
Tel: (201) 928-1100

Of Counsel:
Sheri A. Yodowitz, Esq.
Licensed in N.Y.

May 7, 2025

**Via ECF and e-mail**
Honorable Kenneth M. Karas
U.S. District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: **United States v. Mario Stewart**
23 cr. 361 (KMK)

Dear Justice Karas:

The undersigned represents the Defendant in the above referenced matter.

The undersigned respectfully moves this Court for a continuance for submission of defense counsel's Sentencing Memorandum by June 11, 2025, with Government's Sentencing Memorandum due on June 18, 2025, with sentencing on June 25, 2025. This request for a continuance is being made with the knowledge and consent of Assistant U.S. Attorney Jared D. Hoffman, Esq. This motion is made in good faith and not for the purpose of undue delay. None of the parties will be prejudiced by the granting of this continuance.

WHEREFORE, the undersigned respectfully requests that this Court grant Defendant's Motion for a Continuance to submit defense counsel's Sentencing Memorandum by June 11, 2025.

Granted.
So Ordered.
5/14/25

Respectfully submitted,

/s/ Kevin T. Conway, Esq. (KC-3347)
60 South Main Street, Suite 11
New City, NY 10956
(845) 352-0206
kconway@ktclaw.com

KTC:sf

cc: Jared D. Hoffman, Esq.