# KEVIN T. CONWAY, ESQ.
## ATTORNEY AT LAW
### LICENSED IN
### N.Y., N.J., CT.

60 South Main Street, Suite 11  
New City, NY 10956  
Tel: (845) 352-0206  
Fax: (845) 352-0481  
Kconway@ktclaw.com  

Of Counsel:  
Paul S. Chiaramonte, Esq.  
Licensed in N.Y. and N.J.  

c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC  
61 South Paramus Road, Suite 250  
Paramus, NJ 07652  
Tel: (201) 928-1100  

Of Counsel:  
Sheri A. Yodowitz, Esq.  
Licensed in N.Y.  

May 15, 2025

**Via ECF and e-mail**  
Honorable Kenneth M. Karas  
U.S. District Judge  
Southern District of New York  
United States Courthouse  
300 Quarropas Street  
White Plains, NY 10601  

      Re:    <u>United States v. Mario Stewart</u>  
              23 cr. 361 (KMK) – Request for Permission to Travel - AMENDED

Dear Justice Karas:

Counsel is the private attorney for the Defendant, Mario Stewart, in the above referenced matter. This letter motion seeks permission from the Court for the following proposed travel plan for Mr. Stewart, his wife, Nyaca Stewart, and their children:

    Mr. Stewart is requesting permission to travel with his family to Orlando, Florida on Friday, May 30, 2025 returning Monday, June 2, 2025. He is scheduled to stay at 2087 Heart Lake Drive, Groveland, FL 34736.

Annexed hereto for the Court's review please find the flight itinerary for Mr. Stewart and his family. Please note that Ms. Vanessa Perdomo of Pre-Trial Services and Jared Hoffman, Esq., of the U.S. Attorney's Office have been advised of the aforesaid request and have no objection.

Thank you for your consideration and attention.

WHEREFORE, counsel respectfully requests that this Court grant Defendant's Letter Motion for permission to travel as set forth herein.

    Granted.

    So Ordered.  
    */signature/*  
    5/16/25

Respectfully submitted,

/s/ Kevin T. Conway, Esq. (KC-3347)  
60 South Main Street, Suite 11  
New City, NY 10956  
(845) 352-0206  
kconway@ktclaw.com  

KTC: sf

cc:    Jared D. Hoffman, Esq., AUSA  
        Ms. Vanessa Perdomo, Pre-Trial Services

From: **JetBlue Reservations**
jetblueairways@email.jetblue.com
Subject: **JetBlue booking confirmation for MARIO STEWART - EGKBRJ**
Date: **May 6, 2025 at 11:13:41**
To: **mastew78@gmail.com**

Check out the details for your trip on Fri, May 30              Français  |  Español

# jetBlue

# You're all set to jet.

Thanks for choosing JetBlue. Get ready to enjoy the most legroom in coach*, free wi-fi & entertainment, and free snacks & drinks.

## Your Flight Itinerary

### Your JetBlue confirmation code is EGKBRJ

| JFK ▶ MCO | Flight 383 | | Fri, May 30 | | Fri, May 30 |
|---|---|---|---|---|---|
| jetBlue | | ✈ | 8:55pm<br>Terminal: 5 | – | 11:53pm |

| MCO ▶ JFK  Flight 884 | | Mon, Jun 02<br>**8:40pm**<br>Terminal: C | — | Mon, Jun 02<br>**11:26pm** |
|---|---|---|---|---|



**Get the latest** entry and travel requirements for your trip.

Beginning May 7, 2025, you will need a state-issued REAL ID-compliant license or identification card, or another acceptable form of ID (such as a passport), to fly within the United States.



Earn points, get rewards, and build a personalized JetBlue experience.    **Join TrueBlue**

# Your Traveler Details

**MARIO STEWART**

New York
**JFK**

Orlando
**MCO**

**TrueBlue Number:**
Add TrueBlue #

**Ticket number:**
2792181763937

**Flight #** 383

**Fare:** Blue Basic

**Seat:** Select seat

[Manage my booking]

Orlando
**MCO**

New York
**JFK**

**TrueBlue Number:**
Add TrueBlue #

**Ticket number:**
2792181763937

**Flight #** 884

**Fare:** Blue Basic

**Seat:** Select seat

[Manage my booking]

## Bag Allowance (per traveler)

JFK ▶ MCO

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | From $35[*]<br>Up to 50 lbs<br>**Add bag now** | From $50[*]<br>Up to 50 lbs<br>**Add bag now** |

**MCO ▶ JFK**

| Personal Item | Carry-on | 1st Bag | 2nd Bag |
|---|---|---|---|
| Free | Free | From $35[*]<br>Up to 50 lbs<br>**Add bag now** | From $50[*]<br>Up to 50 lbs<br>**Add bag now** |

**Size and weight limits apply. See full details on our Bag Info page** ▶

Additional charges may apply.

*The above prices reflect early pre-paid bag purchase available online now and until 24 hours before departure. Bag fees are higher during check-in. Visit our **Bag Info** page for details.

**Need to check more than 2 bags?** Additional bags can be added during check-in (starting 24 hours before departure) or at the airport.

## Payment Details

Master XXXXXXXXXXXX7900

**Purchase Date: May 6, 2025**
Request full receipt

| | |
|---|---|
| Credit Card | $182.97 |
| Non Refundable | $141.74 |
| Taxes & fees | $41.23 |
| **Total** | **$182.97 USD** |

## JetBlue at your fingertips.

Cancel flights (fee applies), add extras like checked bags or pets, select or switch seats (fee applies), update TrueBlue & Known Traveler numbers, and other traveler details—all in one place. Stay safe from fraud—use only **jetblue.com** or the JetBlue app to change or cancel your flights.

[Manage my booking]

**If your booking was made at least 7 days in advance:** You have 24 hours from the time booking was made to cancel your flight and receive a full refund to your original form of payment, without a cancellation fee.

**JetBlue Change/Cancel Policy:** There is no fee to change (or cancel) Blue, Blue Extra, Blue Plus or Mint fares. Blue Basic fares cannot be changed and are subject to a cancel fee of $100 for travel wholly within the U.S., Caribbean, Mexico or Central America, or $200 for all other routes.

Fare difference may apply and funds may be in the form of a JetBlue travel credit, valid for 12 months from original ticketing date. Same-day switches may be made without a fare difference for $75 (excludes Blue Basic fares). **Click here** for details on our change and cancel policies.



Enjoy exclusive savings and Hotel Price Match with Paisly, all because you booked a JetBlue flight. Plus, earn TruBlue points & tiles.



## Pack more points.



Get ready for your upcoming trip with a free checked bag when you apply and get approved for the JetBlue Plus Card.



$99 Annual Fee. Terms Apply.

Thank you for choosing JetBlue for your travels,
we can't wait to see you on board.

## All things travel, all from JetBlue.



jetBlue — Flights    jetBlue vacations — Packages    paisly by jetBlue — Cars, stays & more

TRUEBLUE — Points & perks    jetBlueCard — Credit cards

Let's stay connected.
Download the JetBlue app.

   

Help  |  Business Travel  |  Privacy  |  About JetBlue

\*Based on avg. fleet-wide seat pitch of U.S. airlines.

\*\*Does not apply to flights under 250 miles or with no inflight service. Max 3 free alcoholic drinks per flight, 21+. Can't be combined with other free drink perks or offers. (Transatlantic flights already include free beer, wine & liquor).

CUSTOMER CONCERNS

Have a question or concern? Contact us at jetblue.com/contact-us. Or mail us at JetBlue, 27-01 Queens Plaza North, Long Island City, NY 11101.

NOTICE OF INCORPORATED TERMS

All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein by reference, including but not restricted to: (i) Limits on JetBlue's liability for personal injury or death, and for loss, damage, or delay of goods and baggage, including special rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which you must file a claim or bring an action against JetBlue; (iii) Rights of JetBlue to change the terms of the Contract of Carriage; (iv) Rules on reservations, check-in, and refusal to carry; (v) JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting; (iv) Non-refundability of reservations. International travel may also be subject to JetBlue's International Passenger Rules Tariffs on file with the U.S. Department of Transportation and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. The full text of the Contract of Carriage is available for inspection at www.jetblue.com and all airport customer service counters. Tariffs may also be inspected at all airport customer service counters. You have the right to receive a copy of the Contract of Carriage and tariffs by mail upon request.

EMPLOYEE ASSAULT PREVENTION AND RESPONSE

It is a violation of federal law to assault an airport, air carrier, or federal employee within the airport. Any customer who physically or verbally assaults a JetBlue crewmember or business partner while conducting their duties within the airport will be referred to law enforcement.

NOTICE OF INCREASED GOVERNMENT TAX OR FEE

JetBlue reserves the right to collect additional payment after a fare has been paid in full and tickets issued for any additional government taxes or fees assessed or imposed.

CARRY-ON BAG RULES

All travelers may board with one (1) small personal item, such as a purse, briefcase, laptop computer case, small backpack, or a small camera, which must fit completely under the seat in front of you. Travelers are permitted one (1) carry-on item that must be placed in the overhead bin (if space is available) and not exceed external dimensions of 22in x 14in x 9in. Please visit www.jetblue.com/bags for additional info and exceptions. On any given flight, JetBlue reserves the right to further restrict the number of carry-on items as circumstances may require.

CHECKED BAGGAGE ALLOWANCE/FEES

For off-peak Blue/Blue Basic/Blue Extra fares, first checked bag is $45, second bag is $60, and third bag is $125. For off-peak Blue Plus, first checked bag is included and second bag is $60. For Blue Plus fares, one checked bag is included and the second checked bag fee is $60. For Mint fares, two checked bags are included. For TrueBlue Mosaic members: two checked bags are included. For JetBlue Plus cardmembers, one checked bag is included and the second checked bag fee is $45. You

can add up to 2 checked bags in advance (more than 24 hours before departure) and save $10 on each bag fee. For all off-peak fares: additional bags (over three) are $150 each. Separate baggage allowances and fees apply to UK/Europe flights: For off-peak Blue Basic fares, the first checked bag fee is $65/£55/€60 and the second checked bag fee is $105/£85/€95. For off-peak Blue, Blue Plus and Blue Extra, one checked bag is included and the second checked bag fee is $105/£85/€95. For Mint fares: two checked bags are included. For all off-peak fares, any additional bags are $200/£150/€185 each. All bags are subject to size/weight restrictions. Other fees apply for oversized or overweight baggage. View peak-season bag pricing and travel dates. Excess baggage rules and size/weight restrictions may vary depending on load availability and country restrictions. See www.jetblue.com/bags for more information. Travel on our partner airlines (excluding Cape Air*) — Baggage rules and fees vary by partner airline and destination. JetBlue will follow our partner airlines' fees when customers are traveling on an itinerary including one of our partner airlines. See http://www.jetblue.com/partners for more information.

*For itineraries with a connection only to/from Cape Air, JetBlue's standard fees apply.

CHECK-IN TIMES
For domestic travel, customers traveling with checked baggage must obtain a boarding pass and check their baggage no less than forty (40) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time. Customers traveling without checked baggage must obtain a boarding pass no less than thirty (30) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to scheduled or posted departure time. For international travel, all customers must obtain a boarding pass and check their baggage no less than sixty (60) minutes prior to scheduled departure and be onboard the aircraft no less than fifteen (15) minutes prior to the scheduled or posted departure time.

DOCUMENTATION REQUIREMENTS
For domestic travel, customers over the age of 18 must present government-issued photo identification that includes a tamper resistant feature, name, date of birth, gender, and expiration date. Documents required for international travel vary according to country of travel, citizenship, residency, age, length of stay, purpose of visit, etc., and customers should contact the embassy or consulate in their destination country for all documentation requirements, including proof of return or onward travel. It is your responsibility to ensure you have the required documentation for travel. JetBlue reserves the right to deny boarding to anyone without proper documentation and is not responsible for any failure by you to have the required documentation for entry into a foreign country or return into the United States.

ADVICE TO DOMESTIC CUSTOMERS ON CARRIER LIABILITY
For travel entirely within the U.S., JetBlue's liability for loss, damage or delay in delivery of baggage is limited to $3,800 per ticketed passenger unless a higher value is declared in advance and additional charges are paid. JetBlue assumes no responsibility for fragile, unsuitably packaged, irreplaceable, essential, or perishable items. Please refer to JetBlue's Contract of Carriage for additional information.

ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATION OF LIABILITY
Passengers on a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may limit the liability of JetBlue in respect of death or injury to passengers, and for destruction or loss of, or damage to, baggage, and for delay of passengers and baggage. If your journey also involves carriage by other airlines, you should contact them for information on their limits of liability. Please refer to JetBlue's Contract of Carriage for additional information, including the limits of liability for services provided in the European Union.

NOTICE OF OVERBOOKING OF FLIGHTS
In the event that a flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for a payment of the airline's choosing. If there are not enough volunteers, JetBlue will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with JetBlue's check-in deadlines, persons denied boarding involuntarily are entitled to compensation. Please refer to JetBlue's Contract of Carriage for the complete rules for the payment of compensation and JetBlue's boarding priorities (also available at all airport ticket counters and boarding locations). Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

©2025 JetBlue Airways Corporation