**KEVIN T. CONWAY, ESQ.**
**ATTORNEY AT LAW**
**LICENSED IN**
**N.Y., N.J., CT.**

| | |
|---|---|
| **60 South Main Street, Suite 11** | **c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC** |
| **New City, NY 10956** | **61 South Paramus Road, Suite 250** |
| **Tel: (845) 352-0206** | **Paramus, NJ 07652** |
| **Fax: (845) 352-0481** | **Tel: (201) 928-1100** |
| Kconway@ktclaw.com | |
| | **Of Counsel:** |
| **Of Counsel:** | **Sheri A. Yodowitz, Esq.** |
| **Paul S. Chiaramonte, Esq.** | **Licensed in N.Y.** |
| **Licensed in N.Y. and N.J.** | |

June 23, 2025

<u>**Via ECF and e-mail**</u>
Honorable Kenneth M. Karas
U.S. District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

        **Re:**    <u>**United States v. Mario Stewart**</u>
              **23 cr. 361 (KMK) – Request for permission**
              **to travel for employment interviews and adjournment**
              **of Sentencing**

Dear Justice Karas:

Counsel is the private attorney for the Defendant, Mario Stewart, in the above referenced matter. Mr. Stewart has secured two (2) in-person interviews for employment, located in the vicinity of Orlando, Florida. The two (2) companies are: United Parcel Service ("UPS") and Zeo Energy. Mr. Stewart's in-person interview with UPS is tentatively scheduled for Friday, June 27, 2025 with the time to be determined. His in-person interview with Zeo Energy cannot be scheduled until his arrival in Florida. Accordingly, his departure to Florida would be on the evening of June 25, 2025 via Mr. Stewart's driving down with his family. The Stewart family would be staying at 2087 Heart Lake Drive, Groveland, Fl, 34736 and the entire trip from start to finish would two be (2) weeks with an approximate return of July 11, 2025. In light of this application to the Court, we respectfully request Mr. Stewart's sentencing be pushed back to any date after July 11, 2025 convenient to the Court

US Attorney Jared Hoffman, Esq. is being simultaneously copied hereto with this letter motion for his review and consent. The Government will not be prejudiced by the granting of this motion as Sentencing Memoranda will be exchanged as scheduled. We apologize for the short notice.

Page 2

WHEREFORE, counsel respectfully requests that this Court grant Defendant's Letter Motion for permission to travel out of State for in-person employment interviews in the vicinity of Orlando, Florida.

                                                Respectfully submitted,

                                                /s/ Kevin T. Conway, Esq. (KC-3347)
                                                Counsel for Defendant
                                                60 South Main Street, Suite 11
                                                New City, NY 10956
                                                (845) 352-0206
KTC: sf                                        kconway@ktclaw.com

cc:     Jared D. Hoffman, Esq., AUSA