

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

June 25, 2025

**BY ECF**
The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601
s
    Re:    *United States v. Mario Stewart*, 23 Cr. 361 (KMK)

Dear Judge Karas:

    The Government writes respectfully in opposition to the defendant's fourth application to adjourn his sentencing, (*see* Dkt. 59), which is currently scheduled for July 9, 2025, at 2:00 p.m.

    A fourth adjournment of the defendant's sentencing would unnecessarily delay Stewart's sentencing. The stated basis for requesting the adjournment—that the defendant recently secured two job interviews in Orlando, Florida that conflict with his criminal sentencing in White Plains, New York—is unavailing. The Government appreciates the defendant's efforts to obtain employment following his conviction in this case. But the defendant's case has been pending since July 2023, and his sentencing has already been adjourned three times since January 2025, which has delayed sentencing by two months past the original sentencing date.[1] Accordingly, the Government respectfully requests that the Court deny the defendant's request for an adjournment.

> Sentence will not be adjourned. While Defendant's job interviews are important, this is an old case and sentence should go forward as scheduled, especially in the wake of three adjournments requested by Defendant.
>
> So Ordered
> [signature]
> 6/25/25

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/ Jared Hoffman
    Jared Hoffman
    Assistant United States Attorney

---

[1] On January 10, 2025, the defendant pled guilty to the one-count Indictment and sentencing was scheduled for May 9, 2025. (*See* Minute Entry dated Jan. 10, 2025). Since then, the defendant has requested three adjournments of his sentencing, to each of which the Government consented in light of the reasonable bases presented by defense counsel. (*See* Dkt. 51 (additional time needed to file sentencing submission) (dated Apr. 27, 2025); Dkt. 52 (same) (dated May 7, 2025); Dkt. 57 (defense counsel's family emergency) (dated June 11, 2025)). The basis for the instant adjournment request stands in contrast to the previous requests.

Southern District of New York
(212) 637-1060

cc: Kevin T. Conway, Esq.