UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | 23 CR 361 (KMK) |
| | |
| -against- | **NOTICE OF APPEARANCE** |
| | |
| MARIO STEWART, | |
| Defendant. | |

------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that Defendant, **MARIO STEWART**, hereby appear in this proceeding and that the undersigned have been retained as attorneys for said Defendant and demand that copies of all papers in this action be served upon the undersigned at the office and Post Office address stated below.

Dated:  White Plains, New York
　　　　 July 9, 2025

　　　　　　　　　　　　　　　　　　　　　　/s/ Michael K. Burke
　　　　　　　　　　　　　　　　　　　　　　Michael K. Burke, Esq.
　　　　　　　　　　　　　　　　　　　　　　Hodges Walsh & Burke, LLP
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*
　　　　　　　　　　　　　　　　　　　　　　55 Church Street, Suite 211
　　　　　　　　　　　　　　　　　　　　　　White Plains, NY  10601
　　　　　　　　　　　　　　　　　　　　　　(914) 385-6000
　　　　　　　　　　　　　　　　　　　　　　mburke@hwb-lawfirm.com