# Kevin T. Conway, Esq.
## Attorney at Law
## Licensed in
## N.Y., N.J., CT.

**60 South Main Street, Suite 11**
**New City, NY 10956**
**Tel: (845) 352-0206**
**Fax: (845) 352-0481**
**Kconway@ktclaw.com**

**Of Counsel:**
**Paul S. Chiaramonte, Esq.**
**Licensed in N.Y. and N.J.**

**c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC**
**61 South Paramus Road, Suite 250**
**Paramus, NJ 07652**
**Tel: (201) 928-1100**

**Of Counsel:**
**Sheri A. Yodowitz, Esq.**
**Licensed in N.Y.**

July 9, 2025

**Via ECF and e-mail**
Honorable Kenneth M. Karas
U.S. District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Re:    **United States v. Mario Stewart**
>        **23 cr. 361 (KMK) – Request for Permission to Travel**

Dear Justice Karas:

Counsel is the private attorney for the Defendant, Mario Stewart, in the above referenced matter. Please allow this letter motion to serve as permission from the Court for the following proposed travel plan for Mr. Stewart, his wife, Nyaca Stewart, and their children:

> Mr. Stewart is requesting permission to travel with his family to Groveland, Florida on Thursday at midnight and to return on July 26, 2025. His is scheduled to stay at 2087 Heart Lake Drive, Groveland, FL 34736.

The purpose of the trip is to spend time with his family and speak to his children in the aftermath of his sentencing. He also needs to get things situated for all of their upcoming appointments and back to school.

Please excuse the short notice. Please note that Ms. Vanessa Perdomo of Pre-Trial Services and Jared Hoffman, Esq., of the U.S. Attorney's Office are simultaneously being copied for their consent to the aforesaid request.

Thank you for your consideration and attention.

Page 2


WHEREFORE, counsel respectfully requests that this Court grant Defendant's Letter Motion for permission to travel as set forth herein.

Respectfully submitted,

/s/ Kevin T. Conway, Esq. (KC-3347)
60 South Main Street, Suite 11
New City, NY 10956
(845) 352-0206
kconway@ktclaw.com


KTC:sf
cc:      Jared D. Hoffman, Esq., AUSA
         Ms. Vanessa Perdomo, Pre-Trial Services