**KEVIN T. CONWAY, ESQ.**
**ATTORNEY AT LAW**
**LICENSED IN**
**N.Y., N.J., CT.**

| | |
|---|---|
| 60 South Main Street, Suite 11 | c/o DeCotiis, Fitzpatrick, Cole & Giblin, LLC |
| New City, NY 10956 | 61 South Paramus Road, Suite 250 |
| Tel: (845) 352-0206 | Paramus, NJ 07652 |
| Fax: (845) 352-0481 | Tel: (201) 928-1100 |
| Kconway@ktclaw.com | |
| | Of Counsel: |
| Of Counsel: | Sheri A. Yodowitz, Esq. |
| Paul S. Chiaramonte, Esq. | Licensed in N.Y. |
| Licensed in N.Y. and N.J. | |

July 22, 2025

<u>Via ECF and e-mail</u>
Honorable Kenneth M. Karas
U.S. District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

        **Re:**   <u>United States v. Mario Stewart</u>
                 23 cr. 361 (KMK) – Request for Permission to Travel

Dear Justice Karas:

Counsel is the private attorney for the Defendant, Mario Stewart, in the above referenced matter. Please allow this letter motion to serve as permission from the Court for the following extension to Mr. Stewart's family travel plans:

    Mr. Stewart, who is currently in Groveland, Florida with his family, is respectfully requesting permission to extend his trip to August 10, 2025. The reasons for his request are as follows: He is in the process of preparing his family for his incarceration, i.e. gathering his resources and putting them in place for his family; he is requesting additional time to complete the service and repairs of his vehicle himself as the repairs are not covered under his current vehicle warranty, and he does not have the funds to cover such repairs at a dealership or repair shop.

Please note that Ms. Vanessa Perdomo of Pre-Trial Services and Jared Hoffman, Esq., of the U.S. Attorney's Office are simultaneously being copied for their consent to the aforesaid request.

Thank you for your consideration and attention.

Page 2

WHEREFORE, counsel respectfully requests that this Court grant Defendant's Letter Motion for permission to travel as set forth herein.

Granted.

So Ordered
7/29/25

Respectfully submitted,

/s/ Kevin T. Conway, Esq. (KC-3347)
60 South Main Street, Suite 11
New City, NY 10956
(845) 352-0206
kconway@ktclaw.com

KTC:sf
cc:   Jared D. Hoffman, Esq., AUSA
      Ms. Vanessa Perdomo, Pre-Trial Services